UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

STEVEN TATE, a.k.a. STEVEN TATE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CONCENTRA HEALTH SERVICES, INC., SELECT MEDICAL HOLDINGS CORPORATION, and PERRY JOHNSON & ASSOCIATES, INC.,

    Defendant,

Case No. 4:24-cv-293

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 02/26/2024

/s/ Tiffany Marko Yiatras
Signature of Filing Party